IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Tammy P. Sadek, | ) | C/A No.: 0:13-cv-02174-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Officer Brian Lambert; Officer Tony Stewart; Rock Hill Police Department; County of York, South Carolina; and City of Rock Hill, South Carolina, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

On August 12, 2013, this case was removed from the York County Court of Common Pleas. Plaintiff, Tammy P. Sadek, ("Plaintiff") filed this civil action alleging that the Defendants, Officer Brian Lambert, Officer Tony Stewart, Rock Hill Police Department, County of York, South Carolina, and City of Rock Hill, South Carolina, (collectively "Defendants"), caused further injury to the Plaintiff's already injured shoulder when arresting her pursuant to an outstanding warrant. (Doc. #1). On August 12, 2013, Defendant York County, South Carolina ("York") filed motion to dismiss. (Doc. #6).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Paige J. Gossett, (Doc. #32) to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends granting York's motion to dismiss. (Id.). Objections were due by January 6, 2014. Plaintiff has filed no objections to the Report.

1

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. #32), is **ACCEPTED.** York County, South Carolina's motion to dismiss, (Doc. #6), is **GRANTED** and Plaintiff's cause of action against York County, South Carolina under § 16-5-60, (Doc. #1), is **DISMISSED**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
Chief United States District Judge

January 13, 2014
Columbia, South Carolina