AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Tammy P. Sadek,<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:13-cv-02174-TLW-PJG |
| Officer Brian Lambert; Officer Tony Stewart; Rock Hill Police Department; County of York, South Carolina; City of Rock Hill, South Carolina,<br>*Defendants* | )<br>)<br>) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Tammy P. Sadek, shall take nothing of the defendant; County of York, South Carolina; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted defendant Couth of York, South Carolina's motion to dismiss.

Date:   March 11, 2014                           *ROBIN L. BLUME, CLERK OF COURT*

                                                 s/A. Buckingham
                                                 *Signature of Clerk or Deputy Clerk*